CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 0 1 2006

JOHN F. ___, CLERK
BY:

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| SHAKA ZULU ACOOLLA, ) | |
| a.k.a. THOMAS JACKSON, ) | |
| Plaintiff, ) | Civil Action No. 7:01-cv-01008 |
| ) | |
| v. ) | **FINAL ORDER** |
| ) | |
| RON ANGELONE, et al., ) | By: Hon. James C. Turk |
| Defendants. ) | Senior United States District Judge |

In accordance with the accompanying Findings of Fact and Conclusions of Law, it is hereby

**ADJUDGED AND ORDERED**

that final judgment is hereby **GRANTED** for the defendants as to all plaintiff's claims, except that in the event plaintiff is ever again charged with a disciplinary offense for violating the grooming standards of Department Operating Procedure 864 during his current term of confinement, he is hereby **GRANTED** leave to move for reinstatement of the case as to that issue without payment of filing fees.

The Clerk is directed to send copies of this Order and the accompanying Findings of Fact and Conclusions of Law to plaintiff and to counsel of record for the defendants and to strike the case from the active docket of the court.

ENTER: This 1st day of September, 2006.

_/s/ James C. Turk_
Senior United States District Judge